UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARCELORMITTAL PLATE LLC, et al.,

       Plaintiffs,

  v.

LAPEER INDUSTRIES, INC., et al.,

       Defendants.

HOWMARK, LLC,

       Third-Party Plaintiffs,

  v.

DANIEL SCHREIBER, et al.,

       Third-Party Defendants.

Case No. 19-13527-LVP-APP

Hon. Linda V. Parker

Mag. Anthony P. Patti

---

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
Christopher J. Letkewicz
Ashleigh J. Morpeau
71 S. Wacker Drive, Suite 1600
Chicago, IL  60606
Tel:  (312) 212-4949
cletkewicz@beneschlaw.com
amorpeau@beneschlaw.com

Andrew G. Fiorella
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4500
afiorella@beneschlaw.com

CLARK HILL PLC
Edward J. Hood (MI Bar No. P42953)

WINEGARDEN, HALEY,
  LINDHOLM, TUCKER &
  HIMELHOCH, PLC
Rita M. Lauer
9460 S. Saginaw Rd., Suite A
Grand Blanc, MI  48439
Tel:  (810) 767-3600
rlauer@winegarden-law.com

*Attorneys for Defendants Lapeer Industries, Inc., Brentwood Advisory Group, LLC and S&S Holdings LLC and Third-Party Defendants Daniel Schreiber and Daniel C. Schreiber Revocable Trust dated 4/11/01*

500 Woodward Ave, Suite 3500
Detroit, Michigan 48226
Tel:  (313) 965-8300
ehood@clarkhill.com
*Attorneys for Plaintiffs ArcelorMittal*
*Plate LLC and ArcelorMittal USA LLC*

| | |
|---|---|
| DYKEMA GOSSETT PLLC | SEYBURN KAHN, P.C. |
| Andrew J. Kolozsvary | Ronald L. Cornell, Jr. |
| Theresa A. Munaco | 290 McCormick, LLC |
| 400 Renaissance Center | 2000 Town Center, Suite 1500 |
| Detroit, MI  48243 | Southfield, MI  48075 |
| Tel:  (313) 568-6800 | Tel:  (248) 353-7620 |
| akolozsvary@dykema.com | rcornell@seyburn.com |
| tmunaco@dykema.com | |

*Attorneys for Defendant Howmark, LLC*

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs ArcelorMittal Plate LLC and ArcelorMittal USA, LLC (collectively, "ArcelorMittal") and Defendant 290 McCormick, LLC ("290 McCormick") jointly file this stipulation requesting that this Court enter an order dismissing 290 McCormick from this action, including all of ArcelorMittal's claims against 290 McCormick, with prejudice.  The Parties have resolved their differences and entered into a settlement agreement.  The Parties request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement.  The Parties have further agreed to bear their own costs and fees.

WHEREAS, ArcelorMittal and 290 McCormick hereby stipulate to the Court's entry of the Order of Dismissal, submitted with this stipulation.

Dated:  October 29, 2020

 */s/ Ashleigh J. Morpeau*

Christopher J. Letkewicz
Ashleigh J. Morpeau
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, IL  60606
Tel:  (312) 212-4949
cletkewicz@beneschlaw.com
amorpeau@beneschlaw.com


Andrew G. Fiorella
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Tel.  (216) 363-4500
afiorella@beneschlaw.com


Edward J. Hood (MI Bar No. P42953)
**CLARK HILL PLC**
500 Woodward Ave, Suite 3500
Detroit, Michigan 48226
Tel:  (313) 965-8300
ehood@clarkhill.com

*Attorneys for Plaintiffs ArcelorMittal
Plate LLC and ArcelorMittal USA LLC*

Respectfully submitted,

*/s/ Ronald L. Cornell, Jr. (with consent)*

Ronald L. Cornell, Jr.
**SEYBURN KAHN, P.C**.
290 McCormick, LLC
2000 Town Center, Suite 1500
Southfield, MI  48075
Tel:  (248) 353-7620
rcornell@seyburn.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2020, a copy of the foregoing Joint Stipulation of Dismissal Pursuant to Rule 41(a)(2) was filed electronically. Notice of this filing will be sent to all counsels of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Respectfully submitted,

*/s/ Ashleigh J. Morpeau*
Ashleigh J. Morpeau

*One of the Attorneys for Plaintiffs
ArcelorMittal Plate LLC and
ArcelorMittal USA LLC*