UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARCELORMITTAL PLATE LLC, et al.,
Plaintiffs,                                    Case No. 19-13527-LVP-APP
v.
LAPEER INDUSTRIES, INC., et al.,               Hon. Linda V. Parker
Defendants.

                                               Mag. Anthony P. Patti

_____

HOWMARK, LLC,
Third-Party Plaintiffs,
v.
DANIEL SCHREIBER, et al.,
Third-Party Defendants.

_____

BENESCH, FRIEDLANDER,                    WINEGARDEN, HALEY,
   COPLAN  & ARONOFF LLP                    LINDHOLM, TUCKER &
Christopher J. Letkewicz                    HIMELHOCH, PLC
Ashleigh J. Morpeau                      Rita M. Lauer
71 S. Wacker Drive, Suite 1600           9460 S. Saginaw Rd., Suite A
Chicago, IL  60606                       Grand Blanc, MI  48439
Tel:  (312) 212-4949                     Tel:  (810) 767-3600
cletkewicz@beneschlaw.com                rlauer@winegarden-law.com
amorpeau@beneschlaw.com

 Andrew G. Fiorella                      *Attorneys for Defendants Lapeer*
 200 Public Square, Suite 2300           *Industries, Inc., Brentwood Advisory*
 Cleveland, Ohio 44114                   *Group, LLC and S&S Holdings LLC*
 Telephone: (216) 363-4500               *and Third-Party Defendants Daniel*
 afiorella@beneschlaw.com                *Schreiber and Daniel C. Schreiber*
                                         *Revocable Trust dated 4/11/01*

CLARK HILL PLC
Edward J. Hood (MI Bar No. P42953)
500 Woodward Ave, Suite 3500
Detroit, Michigan 48226

1

Tel:  (313) 965-8300
ehood@clarkhill.com

*Attorneys for Plaintiffs ArcelorMittal
Plate LLC and ArcelorMittal USA LLC*

DYKEMA GOSSETT PLLC
Andrew J. Kolozsvary
Theresa A. Munaco
400 Renaissance Center
Detroit, MI  48243
Tel:  (313) 568-6800
akolozsvary@dykema.com
tmunaco@dykema.com

*Attorneys for Defendant Howmark, LLC*

SEYBURN KAHN, P.C.
Ronald L. Cornell, Jr.
290 McCormick, LLC
2000 Town Center, Suite 1500
Southfield, MI  48075
Tel:  (248) 353-7620
rcornell@seyburn.com

*Attorneys for Defendant 290
McCormick, LLC*

## ORDER OF DISMISSAL

Plaintiffs ArcelorMittal Plate LLC ("ArcelorMittal Plate") and ArcelorMittal USA LLC ("ArcelorMittal USA") (collectively "ArcelorMittal") and Defendant 290 McCormick, LLC ("290 McCormick") have filed a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), resolved their differences and entered into a settlement agreement. The Court having examined the Stipulation finds that all issues raised in the First Amended Complaint (ECF No. 18) between ArcelorMittal and 290 McCormick have been resolved; accordingly, it is ORDERED:

ArcelorMittal's claims against 290 McCormick are dismissed with prejudice, and that the Court further finds that each side will bear its own costs. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 29, 2020