UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARCELORMITTAL PLATE LLC,
          Plaintiff,

v.                                        Case No. 19-13527
                                       Honorable Linda V. Parker

LAPEER INDUSTRIES, INC., et al.
          Defendant.
_____/

## ORDER STRIKING STIPULATION

On May 5, 2021, Plaintiff's counsel filed a Stipulation of Dismissal of Howmark, LLC with prejudice [ECF No. 119]. Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation of Dismissal of Howmark, LLC with prejudice [ECF No. 119] is **STRICKEN**.

                                                              S/ Linda V. Parker
                                                              LINDA V. PARKER
                                                              U.S. DISTRICT JUDGE

Dated: May 5, 2021