# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARCELORMITTAL PLATE LLC, *et al.*, ) | |
| *Plaintiffs,* ) | Case No. 19-13527-LVP-APP |
| v. ) | |
| LAPEER INDUSTRIES, INC., *et al.*, ) | Hon. Linda V. Parker |
| *Defendants.* ) | |
| HOWMARK, LLC, ) | Mag. Anthony P. Patti |
| *Third-Party Plaintiffs,* ) | |
| v. ) | |
| DANIEL SCHREIBER, et al., ) | |
| *Third-Party Defendants.* ) | |

CLARK HILL PLC
Edward J. Hood (MI Bar No. P42953)
500 Woodward Ave, Suite 3500
Detroit, Michigan  48226
Telephone:  (313) 965-8300
ehood@clarkhill.com

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
Christopher J. Letkewicz
Ashleigh J. Morpeau
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
cletkewicz@beneschlaw.com
amorpeau@beneschlaw.com

Andrew G. Fiorella
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:  (216) 363-4500
afiorella@beneschlaw.com

*Attorneys for Plaintiffs*

WINEGARDEN, HALEY,
LINDHOLM, TUCKER &
HIMELHOCH, PLC
Rita M. Lauer
9460 S. Saginaw Rd., Suite A
Grand Blanc, Michigan  48439
Telephone:  (810) 767-3600
rlauer@winegarden-law.com

*Attorneys for Defendants Lapeer Industries, Inc., Brentwood Advisory Group, LLC and S&S Holdings LLC and Third-Party Defendants Daniel Schreiber and Daniel C. Schreiber Revocable Trust dated 4/11/01*

14525726 v1

DYKEMA GOSSETT PLLC
Andrew J. Kolozsvary (P68885)
Theresa A. Munaco (P81562)
400 Renaissance Center
Detroit, Michigan  48243
Telephone:  (313) 568-6800
akolozsvary@dykema.com
tmunaco@dykema.com

*Attorneys for Defendant Howmark, LLC*

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(2)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs ArcelorMittal Plate LLC and ArcelorMittal USA, LLC (collectively, "ArcelorMittal") and Defendant Howmark, LLC ("Howmark") jointly file this stipulation requesting that this Court enter an order dismissing Howmark from this action, including all of ArcelorMittal's claims against Howmark, with prejudice. The Parties have resolved their differences and entered into a settlement agreement.  The Parties request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement.  The Parties have further agreed to bear their own costs and fees.

WHEREAS, ArcelorMittal and Howmark hereby stipulate to the Court's entry of the Order of Dismissal, submitted with this stipulation.

Dated:  May 5, 2021                           Respectfully submitted,

 */s/ Ashleigh J. Morpeau*                    */s/ Andrew J. Kolozsvary (with consent)*


Christopher J. Letkewicz                      Andrew J. Kolozsvary
Ashleigh J. Morpeau                           Theresa A. Munaco
**BENESCH, FRIEDLANDER,**                     **DYKEMA GOSSETT PLLC**
  **COPLAN & ARONOFF LLP**                    400 Renaissance Center
71 S. Wacker Drive, Suite 1600                Detroit, Michigan  48243
Chicago, IL  60606                            Telephone:  (313) 568-6800
Tel:  (312) 212-4949                          akolozsvary@dykema.com
cletkewicz@beneschlaw.com                     tmunaco@dykema.com
amorpeau@beneschlaw.com


Andrew G. Fiorella
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Tel.   (216) 363-4500
afiorella@beneschlaw.com


Edward J. Hood (MI Bar No. P42953)
**CLARK HILL PLC**
500 Woodward Ave, Suite 3500
Detroit, Michigan 48226
Tel:  (313) 965-8300
ehood@clarkhill.com

*Attorneys for Plaintiffs ArcelorMittal Plate LLC and ArcelorMittal USA LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARCELORMITTAL PLATE LLC, *et al.*, ) | |
| *Plaintiffs,* ) | Case No. 19-13527-LVP-APP |
| v. ) | |
| LAPEER INDUSTRIES, INC., *et al.*, ) | Hon. Linda V. Parker |
| *Defendants.* ) | |
| HOWMARK, LLC, ) | Mag. Anthony P. Patti |
| *Third-Party Plaintiffs,* ) | |
| v. ) | |
| DANIEL SCHREIBER, et al., ) | |
| *Third-Party Defendants.* ) | |

CLARK HILL PLC
Edward J. Hood (MI Bar No. P42953)
500 Woodward Ave, Suite 3500
Detroit, Michigan  48226
Telephone:  (313) 965-8300
ehood@clarkhill.com

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
Christopher J. Letkewicz
Ashleigh J. Morpeau
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4949
cletkewicz@beneschlaw.com
amorpeau@beneschlaw.com

Andrew G. Fiorella
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:  (216) 363-4500
afiorella@beneschlaw.com

WINEGARDEN, HALEY,
LINDHOLM, TUCKER &
HIMELHOCH, PLC
Rita M. Lauer
9460 S. Saginaw Rd., Suite A
Grand Blanc, Michigan  48439
Telephone:  (810) 767-3600
rlauer@winegarden-law.com

*Attorneys for Defendants Lapeer Industries, Inc., Brentwood Advisory Group, LLC and S&S Holdings LLC and Third-Party Defendants Daniel Schreiber and Daniel C. Schreiber Revocable Trust dated 4/11/01*

14525726 v1

*Attorneys for Plaintiffs*

DYKEMA GOSSETT PLLC
Andrew J. Kolozsvary (P68885)
Theresa A. Munaco (P81562)
400 Renaissance Center
Detroit, Michigan  48243
Telephone:  (313) 568-6800
akolozsvary@dykema.com
tmunaco@dykema.com

*Attorneys for Defendant*
*Howmark, LLC*

# ORDER OF DISMISSAL

Plaintiffs ArcelorMittal Plate LLC ("ArcelorMittal Plate") and ArcelorMittal USA LLC ("ArcelorMittal USA") (collectively "ArcelorMittal") and Defendant Howmark, LLC ("Howmark") have filed a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), resolved their differences and entered into a settlement agreement. The Court having examined the Stipulation finds that all issues raised in the First Amended Complaint (ECF No. 18) between ArcelorMittal and Howmark have been resolved; accordingly, it is ORDERED:

ArcelorMittal's claims against Howmark are dismissed with prejudice, and that the Court further finds that each side will bear its own costs and fees. The

Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

                    s/ Linda V. Parker
                    LINDA V. PARKER
                    U.S. DISTRICT JUDGE

Dated: May 5, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2021, a copy of the foregoing Joint Stipulation of Dismissal Pursuant to Rule 41(a)(2) was filed electronically. Notice of this filing will be sent to all counsels of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

                    Respectfully submitted,

                    */s/ Ashleigh J. Morpeau*
                    Ashleigh J. Morpeau

                    *One of the Attorneys for Plaintiffs*
                    *ArcelorMittal Plate LLC and*
                    *ArcelorMittal USA LLC*